Document Page 1 of 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

YADIRA VARGAS TIRADO

DEBTOR(S)

CASE NUMBER: 16-08946/BKT

CHAPTER 13

**DEBTOR'S NOTICE OF FILING OF *AMENDMENT TO SCHEDULE "E/F"*
*OFFICIAL FORM 106E/F***

**TO THE HONORABLE COURT:**

**COMES NOW, YADIRA VARGAS TIRADO,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Schedule "E/F" Official Form 106E/F* dated November 6, 2018, hereby and attached to this motion.

2. The amendment to Schedule "E/F" is filed **to include an additional account for originally listed unsecured creditor Dept of Education/ Nelnet, PO Box 82525, Lincoln NE 68501-2525 Account #E876502497, balance $30,000.00.**

NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Debtors' Motion Concerning Amendment to Schedule "E/F"
Case no. 16-08946/BKT13

## CERTIFICATE OF SEVICE

I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: the Debtor, Yadira Vargas Tirado, to his address of record: HC43 Box 12141, Cayey, PR 00736; to the creditor affected by the amendment: *"Dept of Education/Nelnet", PO Box 82525, Lincoln NE 68501, 2525*; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 20th day of November, 2018.

*/s/Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1: YADIRA VARGAS TIRADO
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:16-bk-8946

☒ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ☒ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|   |   | Total claim |
|---|---|---|
| 4.1 | **Dept of Education/Nelnet** Last 4 digits of account number 2497 | $30,000.00 |

Nonpriority Creditor's Name
Skip Tracing
PO Box 82525
Lincoln, NE 68501-2525
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 1 of 2
Software Copyright (c) 2018 CINGroup - www.cincompass.com    G9942

Debtor 1 VARGAS TIRADO, YADIRA    Case number (if known) 3:16-bk-8946

| 4.2 | DTOP | Last 4 digits of account number | 1126 | $400.00 |

Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Ticket no: 31983136 $100.00; 31983135 $50.00; 31983137 $250.00

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $ | 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. $ | 30,000.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 400.00 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 30,400.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | YADIRA | VARGAS | TIRADO |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:16-bk-8946 | | |

☒ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x /s/ Yadira Vargas Tirado
YADIRA VARGAS TIRADO
Signature of Debtor 1

Date 11/20/2018

x _____
Signature of Debtor 2

Date _____

```
Label Matrix for local noticing          DLJ MORTGAGE CAPITAL INC.,              POPULAR AUTO
0104-3                                   MARTINEZ & TORRES LAW OFFICES PSC       PO BOX 366818
Case 16-08946-BKT13                      PO. BOX 192938                          SAN JUAN, PR 00936-6818
District of Puerto Rico                  SAN JUAN,, PR 00919-3409
Old San Juan
Tue Nov  6 13:26:35 AST 2018

US Bankruptcy Court District of P.R.     BANCO POPULAR DE PUERTO RICO            Bp-Auto
Jose V Toledo Fed Bldg & US Courthouse   BANKRUPTCY DEPARTMENT                   PO Box 363228
300 Recinto Sur Street, Room 109         PO BOX 366818                           San Juan, PR  00936-3228
San Juan, PR 00901-1964                  SAN JUAN PR 00936-6818

DLJ MORTGAGE CAPITAL.,INC                DLJ Mortgage Capital, Inc.              DTOP
MARTINEZ & TORRES LAW OFFICES, P.S.C     11 Madison Ave                          PO Box 41269 Minillas Station
PO.BOX 192938                            New York, NY 10010-3629                 San Juan, PR  00940-1269
SAN JUAN, PR 00919-3409

EASTERN AMERICA INSURANCE CO             Ismael Lpez Pagn                        LVNV Funding, LLC its successors and assigns
PO BOX 9023862                           Urb Veredas del Mar A 13 13th St        assignee of Arrow Financial Services,
SAN JUAN, PR  00902-3862                 Salinas, PR  00750                      LLC
                                                                                 Resurgent Capital Services
                                                                                 PO Box 10587
                                                                                 Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns   Lcdo. Edgar A. Vega               Martinez & Torres Law Offices PSC
assignee of Citibank USA, N. A.          PO Box 366818                           PO Box 192938
Resurgent Capital Services               San Juan, PR  00936-6818                San Juan, PR  00919-3409
PO Box 10587
Greenville, SC 29603-0587

POPULAR AUTO                             PREPA - BANKRUPTCY OFFICE               Rosa Ruiz Perez
BANKRUPTCY DEPARTMENT                    PO BOX 364267                           Urb Monte Real A 36 Trinitaria St
PO BOX 366818                            SAN JUAN PR 00936-4267                  Guayama, PR  00784
SAN JUAN PUERTO RICO 00936-6818

Select Portfolio Svcin                   JOSE RAMON CARRION MORALES              MONSITA LECAROZ ARRIBAS
PO Box 65250                             PO BOX 9023884                          OFFICE OF THE US TRUSTEE (UST)
Salt Lake City, UT  84165-0250           SAN JUAN,, PR 00902-3884                OCHOA BUILDING
                                                                                 500 TANCA STREET  SUITE 301
                                                                                 SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO            YADIRA VARGAS TIRADO                    End of Label Matrix
PO BOX 186                               HC 43 BOX 12141                         Mailable recipients    22
CAGUAS, PR 00726-0186                    CAYEY, PR 00736-9240                    Bypassed recipients     0
                                                                                 Total                  22
```